UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES HOSKINS,

        Plaintiff,

  v.

        Case No. 20-cv-1329-pp

ARA MARK STAFF, *et al.*,

        Defendants.

**ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR SEEK TO PROCEED WITHOUT PREPAYING IT**

The plaintiff filed this lawsuit—one of several he has filed in this district—on August 28, 2020. Dkt. No. 1. He did not pay the $400 filing fee at that time and did not file a petition asking to proceed without prepaying the filing fee. The clerk sent him a letter (at an address he'd provided in one of his other cases—he did not provide an address in this case), telling him that he needed to either pay the filing fee or file a petition to proceed without prepaying it within twenty-one days (by September 18, 2020). Dkt. No. 2. That letter came back to the court as undeliverable on September 8, 2020.

On November 13, 2020, the court issued an order advising the plaintiff that if, by the end of the day on December 4, 2020, he did not either pay the $400 filing fee or file a petition asking to proceed without prepaying it, the court would dismiss the case for failure to comply with the court's order. Dkt. No. 3. The court has not received the filing fee or a request to proceed without

1

prepaying the filing fee. The court has heard nothing from the plaintiff since it received the complaint on August 28—almost three and a half months ago.

The court **ORDERS** that this case is **DISMISSED** for failure to comply with this court's order. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 8th day of December, 2020.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**
